CHARLES F. PREUSS (State Bar No. 45783)
ALAN J. LAZARUS (State Bar No. 129767)
KENNETH P. CONOUR (State Bar No. 148064)
HILLARY S. WEINER (State Bar No. 203499)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California  94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

E-Mail: Charles.Preuss@dbr.com
E-Mail: Kenneth.Conour@dbr.com
E-Mail: Hillary.Weiner@dbr.com

**E-filed 11/17/05**

Attorneys for Defendants
MATRIXX INITIATIVES, INC., ZICAM, LLC AND
WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| RUBEN FLORES,<br><br>    Plaintiff,<br><br>  v.<br><br>MATRIXX INITIATIVES, INC., a Delaware Corporation, ZICAM, LLC, an Arizona Limited Liability Company, WAL-MART STORES, INC., an ARKANSAS CORPORATION and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. **C 05-01090 JF**<br><br>**UPDATED JOINT CASE MANAGEMENT STATEMENT AND ~~PROPOSED~~ ORDER**<br><br>**Case Management Conference**<br>**December 2, 2005**<br>**10:30 a.m.** |

  The parties to the above-entitled action jointly submit this Updated Case Management Statement and Proposed Order, and request the Court to adopt it as its Case Management Order in this case.

  In addition to the matters previously set forth by the parties in the Case Management

Statement and Proposed Order submitted jointly on August 19, 2005, the parties provide the following updated report:

## UPDATED STATUS

The parties are currently discussing informal resolution of this matter. We expect this case to be dismissed prior to the December 2, 2005 Case Management Conference, but in no event later than December 31, 2005. To allow time to accomplish this resolution, the parties request that the Court enter an order continuing the Case Management Conference until on or after January 13, 2005.

Dated: 11/16/05

*Hillary S. Weine, for*
Kenneth P. Conour
Attorneys for Defendants
MATRIXX INITIATIVES, INC., ZICAM, LLC AND WAL-MART STORES, INC.

Dated: 11/16/05

Melinda Davis Nokes
Attorneys for Plaintiff

## CASE MANAGEMENT ORDER

The Court hereby adopts the Case Management Statement of the parties and orders that the Case Management Conference be continued until January 13, 2005. 2006.

Dated: 11/18/05

Jeremy Fogel /s/electronic signature authorized
United States Judge