1  MELINDA DAVIS NOKES, ESQ., SBN 167787
   **LOPEZ, HODES, RESTAINO, MILMAN & SKIKOS**
2  450 Newport Center Drive, Second Floor          **E-filed 1/18/06**
3  Newport Beach, California 92660
   (949) 640-8222 Telephone
4  (949) 640-8294 Facsimile
5
   Attorneys for Plaintiff,
6  RUBEN FLORES

7  CHARLES F. PREUSS, ESQ., SBN 45783
8  ALAN J. LAZARUS, ESQ., SBN 129767
   KENNETH P. CONOUR, ESQ., SBN 148064
9  HILLARY WEINER, ESQ., SBN 203499
10 **DRINKER, BIDDLE & REATH, LLP**
   50 Fremont Street, 20th Floor
11 San Francisco, California 94105-2235
   (415) 591-7500 Telephone
12 (415) 591-7510 Facsimile
13
   Attorneys for Defendants
14 MATRIXX INITIATIVES, INC., ZICAM, LLC
15 AND WAL-MART STORES, INC.

16              **UNITED STATES DISTRICT COURT**

17        **NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

18 RUBEN FLORES,                        ) CASE NO. c 05-01090 PVT
19         Plaintiff,                   )
20                                      ) STIPULATION AND [~~PROPOSED~~]
           -v-                          )
21                                      ) ORDER OF DISMISSAL
22 MATRIXX INITIATIVES, INC., a         )
   Delaware Corporation, ZICAM, LLC,    )
23 an Arizona Limited Liability Company,)
   WAL-MART STORES, INC., and           )
24 ARKANSAS CORPORATION and             )
25 DOES 1 through 50, inclusive,        )
                                        )
26         Defendants.                  )
27 _____)

28                                      1
                   STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed without prejudice pursuant to FRCP 41 (a) (1) and that all pending motions and hearings before this court be taken off calendar concurrent with the filing of this stipulation. The clerk of the above-entitled court is requested to enter this dismissal in the records of the court.

LOPEZ, HODES, RESTAINO, MILMAN7 SKIKOS

Dated: January 12, 2006       By _____
                              Melinda Davis Nokes, Esq.
                              Attorneys for Plaintiff
                              RUBEN FLORES


DRINKER, BIDDLE & REATH, LLP


Dated: January 12, 2006       By _____
                              Kenneth P. Conour, Esq.
                              Hillary Weiner, Esq.
                              Attorneys for Defendants
                              MATRIXX INITIATIVES, INC.,
                              ZICAM, LLC AND WAL-MART
                              STORES, INC.

1 ORDER

2 PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.

3

4

5 Date: 1/18/06

                                 ~~Magistrate Judge~~ Federal District Court Judge

6                           Northern ~~Central~~ District of California

3

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL